**ORIGINAL**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| vs | Case No.: 1:09-MJ-1534 |
| KARA SINGELTON ADAMS, JASON JAMES EYER, and JAMES ADOLPH SCHOENHOLZ | 1:10-cr-6-UNAV |

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **KARA SINGELTON ADAMS, JASON JAMES EYER, and JAMES ADOLPH SCHOENHOLZ**

and bring him or her forthwith to the nearest magistrate to answer a **COMPLAINT**

charging him or her with (brief description of offense):

Conspiracy to violate Title 18, United States Code, Sections 1341 (mail fraud), 1343 (wire fraud), and 1344 (bank fraud), in violation of Title 18, United States Code, Section(s) 1349.

Gerrilyn G. Brill
Name of Issuing Officer

/s/ Gerrilyn Brill
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

December 17, 2009       at
Date and Location

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JAN 1 5 2010

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

Bail Fixed at $ _____       by _____
                              Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

1/7/10 Returned unexecuted for indict warrant 1:10CR6

Date Received: _____

Name and Title of Arresting Officer

Date of Arrest: _____

Signature of Arresting Officer